# **Exhibit A**

Summary Chart

# Recoveries That Involved Firearms Acquired after April 18, 2012 ATF Warning Notice
*(Sorted by Date Found)*

| | Manufacturer | Model | Caliber and Type | Serial | Purchaser | Date Purchased | Date Show List | Date Found | Location Found | |
|---|---|---|---|---|---|---|---|---|---|---|
| | BERETTA | 3032 TOMCAT | 32 Pistol | DAA449592 | TERRY HUNT | 03/15/12 | 08/17/12 | 09/07/12 | San Jose, CA | T2013019851S |
| 1A | SMITH & WESSON | BODYGUARD | 380 Pistol | EBR8323 | MARY HUNT | 07/19/12 | 08/17/12 | | | T2013019843S |
| 1G | GLOCK | 26GEN4 | 9 Pistol | TMN624 | DANIEL HAMMOCK | 11/01/12 | - | 10/28/13 | San Francisco, CA | T2014011164 |
| | SMITH & WESSON | M&P 15-22 | 22 Rifle | DUR0852 | TERRY HUNT | 05/27/10 | 03/12/11 | 11/20/13 | Rancho Cordova, CA | T2014121644 |
| | RUGER | NEW BEARCAT | 22 Revolver | 95-01411 | TERRY HUNT | 03/28/13 | 04/13/13 | 11/20/13 | | T2013033691 |
| | TAURUS | THE JUDGE | 45/410 Revolver | CT824845 | TERRY HUNT | 05/08/13 | 08/15/13 | 03/20/14 | Pacifica, CA | T2014011914 |
| | HECKLER AND KOCH | USP40 | 40 Pistol | 22-058696 | TERRY HUNT | 08/26/97 | 04/17/10 | | | T2014032724 |
| | GLOCK | 23GEN4 | 40 Pistol | TPT657 | DANIEL HAMMOCK | 11/06/12 | - | 10/30/14 | San Francisco, CA | T2014032201 * |
| | SMITH & WESSON | M&P 15-22 | 22 Rifle | HBV2446 | TERRY HUNT | 10/09/13 | 11/22/13 | | | T2014032724 |
| | SMITH & WESSON | M&P BODYGUARD 38 | 38 Revolver | CVA9473 | MARY HUNT | 02/27/14 | - | | | T2014032175S * |
| | GLOCK | 19 | 9 Pistol | VRR799 | MARY HUNT | 03/22/14 | - | 04/05/15 | San Ramon, CA | T2015010175O ** |
| | GLOCK | 19 | 9 Pistol | AAFD613 | DEREK HUNT | 05/29/15 | - | 07/02/15 | Daly City, CA | T2015019299 |
| 11 | RUGER | LC9 | 9 Pistol | 322-80376 | RUSSELL HUNT | 10/24/12 | - | 08/22/15 | Oakland, CA | T2015026799 |
| | RUGER | LCR | 38 Revolver | 542-32770 | MARY HUNT | 07/27/13 | 11/23/13 | 12/19/15 | Sacramento, CA | T2016018797 |
| | KEL-TEC | P11 | 9 Pistol | 50760 | DEREK HUNT | 10/31/14 | 11/16/14 | 05/14/16 | San Francisco, CA | T2016018769O |
| | SMITH & WESSON | M&P 9 | 9 Pistol | DXZ0760 | TERRY HUNT | 09/19/12 | - | 07/09/16 | Vallejo, CA | T201620864 |
| | SMITH & WESSON | BODYGUARD | 380 Pistol | KAR4313 | DEREK HUNT | 12/13/14 | 03/27/15 | 07/29/16 | Bronx, NY | T201602362S |
| 11 | SMITH & WESSON | BODYGUARD | 380 Pistol | KAR3698 | DANIEL HAMMOCK | 08/09/13 | 08/15/13 | 01/14/17 | San Jose, CA | T2017004110 |

Notes:
Purchaser identified in ATF Trace Report
DANIEL HAMMOCK completed F4473 for all (3) firearms; (2) were listed on Cascade Arms invoices to TERRY HUNT dated: 10/29/12- GLOCK 26 (TMN624) and 8/9/13- S&W BODYGUARD (KAR3698
* For the 10/30/14 recoveries, only the box and slide for the GLOCK 23GEN4 were located, and the box for the S&W M&P BODYGUARD 38
**MARY HUNT acquired the GLOCK 19 on 3/22/14 at the Crossroads Gun Show in Glendale, AZ

Page 1 of 1
Printed 2017Aug8